UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KATHY BELL,

                              Plaintiff,

     v.

CAROLINE W. COLVIN, Acting
Commissioner of Social Security,

                         Defendant.

Case No. 13-5478 BHS-KLS

REPORT AND RECOMMENDATION

     This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by Mathews, Secretary of H.E.W. v. Weber, 423 U.S. 261 (1976). This matter is before the Court on the stipulated motion for remand. (ECF 27). After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings, including a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g).

     This Court recommends that on remand the ALJ shall offer Plaintiff an opportunity for a new hearing, update the medical record, and issue a new decision. The ALJ shall also evaluate the Plaintiff's mental impairment pursuant to the special technique described in 20 CFR §§ 404.1520a and 416.920a and proceed through the sequential evaluation process.

      Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

REPORT AND RECOMMENDATION - 1

1

2          Given the fact of the parties' stipulation, the Court recommends that the District Judge

3  immediately approve this Report and Recommendation and order the case **REVERSED** and

4  **REMANDED.**    A proposed order accompanies this Report and Recommendation.

5          DATED this 3rd day of January, 2014.

6

7

8                                                    _____
                                                     Karen L. Strombom
9                                                    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REPORT AND RECOMMENDATION - 2