UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KATHY BELL,

                Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. 13-5478 BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 28) recommending that this case be remanded, based on the stipulation of the parties (Dkt. 27). It is therefore ORDERED:

(1) The Court ADOPTS the Report and Recommendation; and

(2) The Court REVERSES and REMANDS for further administrative proceedings.

DATED this 6th day of January, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge